Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Olivia A. Paredes    Docket No. 1:17PO2692

### Petition on Probation

COMES NOW Daniel D. Gillespie, Jr., PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Olivia A. Paredes, who was placed on supervision by the Honorable Theresa C. Buchanan, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 18th day of January, 2018, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: _Issue Warrant_

**ORDER OF COURT**

Considered and ordered this __10th__ day of November, 2018 and ordered filed and made a part of the records in the above case.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 15, 2018

_D. Gillespie_  2018.11.15 10:35:12 -05'00'

Daniel D. Gillespie, Jr
U.S. Probation Officer
703-299-2285

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Prob 12 (10/09)
VAE (rev. 5/17)

**Petition on Probation**
**Page 2**
**RE: Paredes, Olivia A.**

**Special Conditions:**

1. The defendant shall serve six (6) days in jail (two weekends each; from Friday evening to Sunday) at the direction of the probation officer.

2. The defendant shall complete an Anger Management Program at the direction of the probation officer.

3. The defendant is barred from attending Wolf Trap events for the duration of the probationary period.

4. The defendant shall undergo substance abuse testing and/or treatment at the discretion of the probation officer.

5. The defendant must turn over her car insurance information to the victim immediately, and not contest hitting the victim's car.

6. The defendant shall pay a $1,000.00 fine, $30.00 processing fee, and a $10.00 special assessment, to be paid within ninety (90) days.

In February a modification request was submitted to the Court requesting that the payment due date for the outstanding monetary penalties be extended to the full one (1) year term of probation. This request was approved by the Court on February 21, 2018.

**Petition on Probation**
**Page 3**
**RE: Paredes, Olivia A.**

<u>OFFENSE</u>: Disorderly Conduct in violation of 36 CFR 2.34.

<u>SENTENCE</u>: The defendant was sentenced to a one (1) year term of supervised probation coupled with the special conditions as listed on page 2.

<u>ADJUSTMENT TO SUPERVISION</u>: The defendant's overall compliance is relatively unsatisfactory based on a new alcohol related law violation within two (2) months of expiration and for failing to make payments towards her outstanding monetary penalties in the case. Ms. Paredes has reported as directed, maintained gainful employment, and a stable residence. She completed her intermittent confinement at the Alexandria Detention Center on April 1, 2018, and successfully completed an anger management program with Envision Counseling on May 2, 2018. She has further complied with substance abuse testing with no indication of illicit drug use.

<u>VIOLATIONS</u>: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:**   **NEW LAW VIOLATION – 1) DRIVING WHILE INTOXICATED AND 2) POSSESSION OF OPEN CONTAINER WHILE DRIVING.**

On November 6, 2018, in Fairfax County, Virginia, the defendant was issued a citation and summons to appear in Fairfax County General District Court pursuant to the above listed offenses following a motor vehicle accident. The defendant is scheduled to appear her initial appearance and arraignment on November 19, 2018.

**STANDARD CONDITION:**   **EXCESSIVE USE OF ALCOHOL.**

On November 9, 2018, this officer reviewed the new law violation with Ms. Paredes. She admitted to consuming alcohol in Washington, D.C., making a decision to drive, and being involved in a motor vehicle accident. She advised she did not recall the accident and only remembers waking up in the hospital with injuries to her face.

**SPECIAL CONDITION:**   **FAILURE TO MAKE PAYMENTS TOWARDS THE IMPOSED OUTSTANDING MONETARY PENALTIES.**

The defendant has failed to make any payments towards her outstanding monetary obligations in this case since May 2018, and has two (2) months until payment is due in full. Ms. Paredes has made payments totaling $100.00 and remains with an outstanding balance of $940.00.

DDG/mbp
KMR