IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:17PO2692 |
| | ) |
| | ) |
| OLIVIA PAREDES | ) |
|     Defendant. | ) |

ORDER

THIS CAUSE came on November 20, 2018, for a hearing on the charge that defendant OLIVIA PAREDES violated the conditions of supervised probation imposed by the Honorable Theresa Carroll Buchanan, United States Magistrate Judge. The defendant appeared with counsel, C. Mertz, Esquire; the United States was represented by B. Edgar, Esquire.

The defendant waived the preliminary hearing and does not contest probable cause as to the allegations as contained in the Petition on Probation.

Wherefore, it is

ORDERED that the defendant OLIVIA PAREDES is continued on the same terms and conditions previously imposed with the following modifications:

    1.    Defendant shall undergo remote alcohol testing as directed.

    2.    Defendant must refrain from any use of alcohol.

3. Defendant must undergo substance abuse testing and treatment as directed. This matter is continued to January 15, 2019 at 10:00 a.m. before the undersigned.

Entered this 21st day of November, 2018.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia