UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Olivia A. Paredes                                                                          Docket No. 1:17PO2692

### Addendum to Petition on Probation
### Filed on November 15, 2018

This addendum is being submitted as a supplement to the Petition on Probation submitted to the Court. A preliminary hearing on the violation was held before the Court on November 20, 2018. At that time, the defendant was continued on probation with the following modified conditions: 1) refrain from any alcohol use; 2) submit to remote alcohol testing as directed; and 3) participate in substance abuse testing and treatment as directed. The revocation hearing was continued until January 15, 2019, to review the disposition of pending state charges in Fairfax County, Virginia.

**SPECIAL CONDITION:**                                        **USE OF ALCOHOL.**

On December 9, 2018, at approximately 8:34 AM, Ms. Paredes submitted a remote alcohol test that screened positive for the use of alcohol with a BrAC of 0.037%. A retest submitted at 8:59 AM also screened positive for alcohol with a BrAC of 0.038%. On December 10, 2018, this violation was reviewed with Ms. Parades in which she admitted to the use of alcohol during the early morning hours of December 9, 2018, in violation of the conditions of her probation.

**SPECIAL CONDITION:**                                        **FAILURE TO SUBMIT TO REMOTE ALCOHOL TESTING AS DIRECTED.**

Ms. Paredes failed to submit to four (4) scheduled remote alcohol tests on December 9, 2018, at 6:00 AM, 12:00 PM, 6:00 PM and 10:00 PM.

DDG/mbp
KMR

---

**ORDER OF COURT**

Considered and ordered this _12th_ day of December, 2018, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_____/s/_____
Theresa Carroll Buchanan
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 12, 2018

D. Gillespie
2018.12.12
17:24:49 -05'00'

Daniel D. Gillespie, Jr.
U.S. Probation Officer
703-299-2285

Place Alexandria, Virginia

**TO CLERK'S OFFICE**                                                                                    DF-69 (Rev. 12/12)