UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Olivia A. Paredes                                      Docket No. 1:17PO2692

Second Addendum to Petition on Probation
Filed on November 15, 2018

This addendum is being submitted as a supplement to the Petition on Probation submitted to the Court. A preliminary hearing on the violation was held before the Court on November 20, 2018. At that time, the defendant was continued on probation with the following modified conditions: 1) refrain from any alcohol use; 2) submit to remote alcohol testing as directed; and 3) participate in substance abuse testing and treatment as directed. The revocation hearing was continued until January 15, 2019, to review the disposition of pending state charges in Fairfax County, Virginia. On January 7, 2019, the state charges were continued until February 4, 2019.

**SPECIAL CONDITION:**         **USE OF ALCOHOL.**

On January 6, 2019, at approximately 7:31 a.m., Ms. Paredes submitted a remote alcohol test that screened positive for the use of alcohol with a BrAC of 0.038%. On January 8, 2019, this violation was reviewed with Ms. Parades in which she admitted to the use of alcohol the evening of January 5, 2019, knowing that it was a violation of the conditions of her probation.

**SPECIAL CONDITION:**         **FAILURE TO SUBMIT TO REMOTE ALCOHOL TESTING AS DIRECTED.**

Ms. Paredes failed to submit to remote alcohol testing as scheduled on January 6, 2019, at 6:00 a.m.

DDG/mbp
KMR

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 9th day of January 2019, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case. /s/ Theresa Carroll Buchanan United States Magistrate Judge _____ Theresa Carroll Buchanan United States Magistrate Judge | Executed on January 9, 2019 D. Gillespie 2019.01.09 11:43:32 -05'00' Daniel D. Gillespie, Jr. U.S. Probation Officer 703-299-2285 Place Alexandria, Virginia |

**TO CLERK'S OFFICE**                                              DF-69 (Rev. 12/12)